# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3449

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Missouri. |
| Reginald Jones, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  April 2, 2003

Filed:  April 7, 2003

_____

Before LOKEN,[1] Chief Judge, BOWMAN, and WOLLMAN, Circuit Judges.

_____

PER CURIAM.

Federal inmate Reginald Jones challenges the district court's[2] denial of his postjudgment motion seeking to dismiss his indictment. Having reviewed the record, we conclude that relief is not available at this time under Fed. R. Crim P. 12(b)(2).

_____

[1]The Honorable James B. Loken became Chief Judge of the United States Court of Appeals for the Eighth Circuit on April 1, 2003.

[2]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

See United States v. Patton, 309 F.3d 1093 (8th Cir. 2002) (per curiam). Accordingly, the judgment is affirmed.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.